**STATE of Missouri, Respondent,**

v.

**Barry HENDRIX, Appellant.**

**No. WD 40178.**

Missouri Court of Appeals, Western District.

April 18, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 1989.

Larry C. Pace, Kansas City, for Appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from a sentence of 30 years as a prior and dangerous offender, § 558.016, RSMo 1986, for assault in the first degree, § 565.050, RSMo 1986, and from a judgment denying relief under Rule 29.15.

Judgment affirmed. Rule 84.16(b).